UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA O LEWIS,

    Plaintiff,

  v.

ANDREW SAUL,

    Defendant.

Case No. 20-cv-02865-SI

**ORDER REASSIGNING ACTION**

Both parties in this Social Security appeal have consented to the jurisdiction of a Magistrate Judge. Dkt. Nos. 7, 12. The matter is hereby transferred to the Assignment Committee for reassignment to a Magistrate Judge.

**IT IS SO ORDERED**.

Dated: September 18, 2020

SUSAN ILLSTON
United States District Judge