UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LISA O LEWIS,

         Plaintiff,

   v.

KILOLO KIJAKAZI,

         Defendant.

Case No. 20-cv-02865-RMI

**JUDGMENT**

On March 1, 2022, the court entered an order on the Parties' cross motions for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 1, 2022

ROBERT M. ILLMAN
United States Magistrate Judge